IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLISON ZIMRI<br><br>Plaintiff<br><br>vs.<br><br>CLIENT SERVICES, INC.<br><br>Defendant | CIVIL ACTION<br><br><br><br>CASE NO.: 2:13-cv-03595-PBT |

## STIPULATION OF DISMISSAL

AND NOW, this 8st day of August, 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren Law Group, P.C.

BY: _/s/ Bruce K. Warren_
    Bruce K. Warren, Esquire
    Attorney for Plaintiff


Marshall Dennehey

BY: _/s/ Samantha L. Kane_
    Samantha L. Kane
    Attorney for Defendant